# EXHIBIT 8

**Clay McGurk, *Esq.***
THE LAW OFFICE OF CLAY MCGURK
PO Box 1488, Orange, California 92856
Tel: 949.395.3942   Email:claymcgurk@gmail.com

---

October 2, 2023

General Counsel
Red Hat Corporate HQ
100 East Davie Street
Raleigh, NC  27601

      **RE:**    ***Notice / License - The DeLangis Patent Portfolio***

Dear General Counsel:

    Over the last many years, Eric DeLangis patented a new telecommunication protocol for increasing the speed and QoS for a broad range of communication devices and systems, resulting in seven U.S. patents: 11,582,343; 11,418,641; 10,868,908; 9,350,649; 8,861,349; 8,228,801; and 7,606,156 (cumulatively known as the "DeLangis Patent Portfolio" or "DPP"). The DPP patents are currently owned by Competitive Access Systems Inc. ("CAS"). Claims from the DeLangis Patent Portfolio cover MPTCP as described in RFC 6824 as well as many non-standardized proprietary multipath routing techniques.

    Your company may already be using MPTCP protocol, or a proprietary method, in your Unix products. Using the CAS routing techniques in your devices most likely has increased the speed of your devices by factors of 10x to 100x while substantially increasing your products' reliability and enhancing your consumer's experience. Such features could have been a significant advantage over your competitors and a major selling point with your customers.

    CAS is providing notice about its patents to your company with the intention of licensing its patent portfolio to your company. Recently, CAS settled with a major U.S. company in case number 2:22-cv-287 (Texas). Please contact me right away to discuss licensing opportunities so your company can benefit from this terrific technology.

                                    Best Regards,

                                    *Clay McGurk*, Esq.

                                    *Patent Attorney*
                                    THE LAW OFFICE OF CLAY MCGURK